IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Joseph Dwayne Cowles**                                                                                        **Plaintiff**

**v.**                                      **No. 4:13-CV–591-JM**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                            **Defendant**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is approved and adopted in its entirety as this Court's disposition in all respects and DENIES Joseph Dwayne Cowles's request for relief (Docket No. 2).  The Court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 27th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE